```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION

JEFFREY DEMAURO, ET AL.,

        Plaintiffs,
v.                                  Case No. 8:10-cv-413-T-33AEP

THE LIMO, INC., ET AL.,

        Defendants.
_____/
```

**ORDER**

This cause comes before the Court pursuant to the Joint Motion to Lift Stay (Doc. # 46), which was filed on September 22, 2010. For the reasons that follow, the Court grants the Motion.

On August 16, 2010, this Court entered an Order staying and administratively closing this case during the pendency of Defendants' interlocutory appeal (Doc. # 38, 43). On September 16, 2010, the Eleventh Circuit entered an Order dismissing the appeal. (Doc. # 45). Accordingly, the Court lifts the stay of this case. The Clerk shall reopen this case.

Accordingly, it is

**ORDERED, ADJUDGED**, and **DECREED** that:

(1) The Joint Motion to Lift Stay (Doc. # 46) is **GRANTED**.

(2) The stay of this case is **LIFTED**. The Clerk shall **REOPEN** this case.

**DONE AND ORDERED** in Chambers, in Tampa, Florida, this 23rd day of September 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record